Robert W. Norman, Jr. (SBN 232470)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: bnorman@houser-law.com

Attorneys for Defendant,
PHH Mortgage Corporation

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA GARIBAY<br><br>    PLAINTIFF,<br><br> VS.<br><br>PHH MORTGAGE CORPORATION; AND DOES 1 THROUGH 24 INCLUSIVE,<br><br>   DEFENDANTS. | Case No.: 2:25-cv-03966-FMO-KS<br><br>**ORDER GRANTING JOINT STIPULATION [34] TO DISMISS THE COMPLAINT** |

The Joint Stipulation to Dismiss filed by defendant PHH Mortgage Corporation ("Defendant"), came before the Court for review. The Court, having reviewed the papers filed in support thereof, hereby GRANTS the Stipulation to Dismiss with prejudice. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the First Amended Complaint is dismissed with prejudice. Plaintiff Elsa Garibay ("Plaintiff") shall take nothing by way of her Complaint.

Dated: March 20, 2026         /s/
               Hon. Fernando M. Olguin
               U.S. DISTRICT JUDGE